CAUSE NO. _____

| | | |
|---|---|---|
| **Jada Howard** | § | IN THE US NORTHERN |
| **Plaintiff** | § | DISTRICT COURT |
| | § | |
| v. | § | DALLAS, TEXAS |
| | § | |
| Walmart Inco | § | US JUDICIAL DISTRICT |
| **Defendant** | § | |

3-23CV0118-L

# PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

**COMES NOW** Jada Howard, hereinafter "Plaintiff," and files this petition complaining of the City of Northern Texas, and specifically Walmart Inc, hereinafter "Defendant," and in support respectfully shows unto the Court the following:

## DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2

## PARTIES AND SERVICE

2. Plaintiff is an African American female of more than 19 years of age with whose address is 3178 Christopher St., Grand Prairie, TX 75052.

3. Defendant is a municipality company address: located at Walmart, c/o Rachel TIRHI, LITTLER MENDELSON P.C. 2301 McGee Steet, 8Th Floor Kansas City, MO 64108., which parent company address is. where the Defendant may be served by stated address above, certified mail, return receipt requested in accordance with Section 17.024 of the Texas Civil Practice and Remedies Code.

## JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional of this Court.

5. Jurisdiction and Venue in Northern Texas District Court is proper in this cause pursuant to Middle, Tennessee, District Court Bishop vs. Woodbury, April 10, 2010.

## STATEMENT OF FACTS

6. Plaintiff worked for Walmart, INC. APRIL 2018 TO -APRIL, 2019 when she was resigned from her customer service position. Plaintiff has an excellent performance history, including recognition for her work..

7. Plaintiff was one only African American women in the workplace that the Supervisor Quory Yancey committed a SEXUAL HARAASMENT ACT and HOSTILE WORK ENVIRONMENT.

8. Plaintiff was intentionally sexually harassed by her supervisor on the job and then harassed causing a hostile work environment.

9. Plaintiff took a constructive discharge as a result of the hostile work environment and the sexual harassment..

10. Plaintiff received the letter from the EEOC in the mail on October 25, 2022, therefore making the deadline January 25, 2023.

11. The defendant, Quory Yancey of Walmart, INC. Sexually harassed the plaintiff by sending pornography at 10am to 12pm to her cell phone during working hours causing undue stress and duress with the plaintiff. This is further a violation of her federal civil rights of a young woman who is in a protected class by sexually harassing her.

13. a hostile work environment which again is a violation of her federal civil rights, under the title 7 civil act of 1964, and1991.

14. This sexual harassment has caused the plaintiff Jada Howard mental trauma, severe emotional and psychological problems

15. Plaintiff was harassed by supervisor from WALMART INC. when management stated, " they have a no sexual harassment policy. The video is available for evidence and proof of the pornography that the supervisor the defendant who sent it to the plaintiff Jada Howard.

16. Plaintiff notified Walmart and higher supervisor with the Human Resources Departm on September 20, 2018 about filing a EEOC complaint and outside mediation would be sought. At that time, Plaintiff filed with the EEOC and was given a right to file this lawsuit.

## CAUSE OF ACTION

17. Defendant violated Section 704(a) of Title VII of the Civil Rights Act of 1964 and Sexual Harassment, a woman who is in a protected class by discriminating against the Plaintiff, and sexual discrimination based upon race and the plaintiff was
Constructive discharge by hostile work environment.

Plaintiff's Original Petition – Page 3 of 5

22. Plaintiff seeks compensatory damages in an amount of $250,000.00 consistent with Chapter 21 of the Texas Labor Code of a defendant with more than 500 employees, including damages for lost back pay, future wages, pain and suffering, mental anguish, and loss of enjoyment of daily life.

23. Plaintiff seeks reasonable attorney's fees, court costs, expert fees reasonably incurred, and pre- and post-judgment interest at the maximum rate allowed, as permitted by Chapter 21 of the Texas Labor Code.

24. Plaintiff seeks equitable relief in the form of an injunction prohibiting Defendant from engaging in the unlawful employment practice and other additional equitable relief as may be appropriate including, but not limited to, upgrading or promoting Plaintiff to a higher rank with back pay for the maximum period allowed under Chapter 21 of the Texas Labor Code.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

**THEREFORE,** Plaintiff Jada Howard respectfully requests that Defendant be cited to appear and answer, and that on trial Plaintiff be awarded:

1. Judgment against Defendant for damages in an amount within the jurisdictional limits of Court and in accordance with the damages described herein;

3. Reasonable attorney's fees, expert fees, and court costs; and

4. Equitable remedy within the Court's power; and

5. Any other relief to which Plaintiff may be entitled.

6. Plaintiff request reasonable damages in the amount of $475,000 as a relief.


Respectfully submitted,

/s/
Jada Howard
3178 Christopher Street
Grand Prairie, TX 75052
Jada.howard01@yahoo.com
469 245 8564

Date: January 13, 2023


## Certificate of Service

I, certify that on January 13, 2023 a true and correct copy of the above document was served on the Northern District of Texas, through its Walmart, INC. location at c/o RACHEL TIRHI, LITTLER MENDELSON P.C., 2301 McGee Street 8Th Floor, Kansas City, MO 64108 by United States certified mail with return receipt requested.


/s/

Pamela Caston
13330 Noel Rd
Dallas, TX 75240
Phone: (469-222-2797
Email: caston@sbcglobal.net