IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JADA HOWARD, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:23-CV-118-L-BH |
| ) | |
| WALMART INC., ) | |
|     Defendant. ) | Referred to U.S. Magistrate Judge[1] |

# ORDER

On June 5, 2023, it was recommended that this action be dismissed for failure to timely serve the defendant after the plaintiff failed to respond to two orders to show cause why the defendant had not or could not be served. (*See* doc.11.) After the recommendation was docketed, an *Affidavit of Service* that had been filed on June 2, 2023, was docketed. (*See* doc. 12.) Because the plaintiff has now filed proof of service on the defendant, the recommendation that the case be dismissed for failure to timely serve the defendant is hereby **VACATED**.

**SO ORDERED this 6th day of June, 2023.**

                                                                           IRMA CARRILLO RAMIREZ
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.