IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JADA HOWARD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No**. 3:23-CV-0118-L-BH** |
| | § | |
| **WALMART INC.,** | § | |
| | § | |
| Defendant. | § | |

# JUDGMENT

The court issues this judgment pursuant to its Order issued December 6, 2023 (Doc. 25), and its Order issued earlier today. It is therefore **ordered, adjudged,** and **decreed** that Plaintiff Jada Howard's ("Plaintiff") claims against Defendant Walmart Inc. ("Defendant") and this action are **dismissed with prejudice**; that Plaintiff take nothing against Defendant; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not granted herein is denied.

**Signed** this 29th day of December, 2023.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**